**Order entered November 29, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00278-CV

## MOHAMMED TAHAR AMROUNI, Appellant

## V.

## SANA BHAKHRANI, Appellee

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-03516**

### ORDER

Before the Court is appellee's November 23, 2021 unopposed second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **December 20, 2021**. We caution appellee that further extension requests will be disfavored.

/s/ KEN MOLBERG
JUSTICE